FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 OCT -9 PH 2: 22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

AMERICAN ECONOMY
INSURANCE COMPANY

    Plaintiff,

v.

TRAYLOR/WOLFE ARCHITECTS, INC., a
Florida corporation, RICKY LANE TRAYLOR,
an individual, and PATRICK WHELAN, an
individual

    Defendants

_____/

Case No: 3:12-cv-1094-J-32JBt

## COMPLAINT FOR DECLARATORY RELIEF

AMERICAN ECONOMY INSURANCE COMPANY ("AMERICAN ECONOMY") by
and through its undersigned counsel, hereby files its Complaint for Declaratory Relief
against TRAYLOR/WOLFE ARCHITECTS, INC., RICKY LANE TRAYLOR and
PATRICK WHELAN and alleges as follows:

### Jurisdiction and Venue

1.    This is an action for declaratory relief pursuant to 28 U.S.C. § 2201.

2.    Jurisdiction is proper pursuant to 28 U.S.C. §§ 1332 and 1367 because
there is complete diversity of citizenship and the amount in controversy exceeds
$75,000.00, exclusive of all fees and costs.

3.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because one
or more defendants are residents of this district, and the events and omissions giving
rise to this claim occurred in this district.

## Parties

4.      At all times material to this action, Plaintiff AMERICAN ECONOMY was a company organized under the laws of the State of Indiana, with its principal place of business in Boston, Massachusetts.

5.      At all times material to this action, TRAYLOR/WOLFE ARCHITECTS, INC. was a Florida corporation with its principal place of business, in Jacksonville, Florida ("TRAYLOR/WOLFE").

6.      At all times material to this action, RICKY LANE TRAYLOR was an individual residing in Jacksonville, Florida ("MR. TRAYLOR").

7.      At all times material to this action, PATRICK WHELAN was an individual residing in St. Augustine, Florida ("MR. WHELAN").

## General Allegations

8.      AMERICAN ECONOMY brings this action to obtain a declaratory judgment finding that AMERICAN ECONOMY has no duty to defend or indemnify TRAYLOR/WOLFE or MR. TRAYLOR in connection with the lawsuit filed in the Circuit Court of the Fourth Judicial Circuit of the State of Florida, in and for Duval County, under the caption: *Patrick Whelan v. Ricky Lane Traylor, Traylor/Wolfe Architects, Inc.,* Case No. 2012-CA-8373 (the "Whelan suit"). A true and accurate copy of the Complaint filed in the Whelan suit is attached hereto as Exhibit "A."

9.      AMERICAN ECONOMY issued a Business Owners policy, number 02-BP-761449-3 to "Traylor Wolfe Architects Inc." for the policy period from August 27, 2010 to August 27, 2011 ("the Policy"). The Policy includes a Business Liability coverage form and a Hired Auto and Non-Owned Auto Liability coverage form with liability limits of

2

$1,000,000 liability limit and medical expense limits of $10,000.  A copy of the Policy is attached hereto as Exhibit "B."

10.    MR. WHELAN filed a lawsuit against TRAYLOR/WOLFE and MR. TRAYLOR arising out of a motor vehicle accident that occurred on March 7, 2011 in St. Augustine, Florida.

11.    The Complaint in the Whelan suit contains the following allegations regarding the accident at issue:

- MR. TRAYLOR was the lawful owner of a 2004 Ford Expedition;

- MR. TRAYLOR negligently operated his 2004 Ford Expedition by turning in front of MR. WHELAN's motorcycle, allegedly resulting in  bodily  injury to MR. WHELAN;

- MR. TRAYLOR was an officer, agent, apparent agent, and/or employee of TRAYLOR/WOLFE;

- MR. TRAYLOR was within the course and scope of his employment with TRAYLOR/WOLFE, engaged in accomplishing a task for TRAYLOR/WOLFE and was using his vehicle in connection with TRAYLOR/WOLFE's business at the time of the accident.

12.    MR. WHELAN asserts a cause of action for negligence against MR. TRAYLOR and a cause of action for vicarious liability/respondeat superior against TRAYLOR/WOLFE.

## <u>Insurance Coverage Controversy</u>

13.     Based upon the factual allegations in the Whelan Complaint, AMERICAN ECONOMY has agreed to provide a defense to TRAYLOR/WOLFE and MR. TRAYLOR, subject to a complete reservation of rights.

14.     The Policy contains the following pertinent terms, exclusions and definitions:

**HIRED AUTO AND NON-OWNED**
**AUTO LIABILITY**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

**1.   Hired Auto Liability**

The insurance provided under Paragraph A.1. Business Liability in Section II – Liability, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**2.   Non-Owned Auto Liability**

The insurance provided under Paragraph A.1. Business Liability in Section II – Liability, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

\*     \*     \*

**B.** For insurance provided by this endorsement only:

\*     \*     \*

2.   Paragraph C. Who Is An Insured in Section II – Liability, is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

a.   You;

b.   Any other person using a "hired auto" with your permission;

c.   For a "non-owned auto," any partner or "executive officer" of yours, but only while such non-owned auto" is being used in your business; and

d.   Any other person or organization, but only for their liability because of acts or omissions of an insured under a., b. or c. above. None of the following is an insured:

4

(1) Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of "employment, or to the spouse, child, parent, brother or sister of that co-employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

(2) Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

(3) Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

(4) The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

(5) Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.**  The following additional definitions apply:

1.  **"Auto Business"** means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2.  **"Hired Auto"** means any "auto" you lease, hire or borrow.  This does not include any "auto" you lease, hire or borrow from any of your "employees" or members of their households, or from any partner or "executive officer" of yours.

3.  **"Non-Owned Auto"** means any "auto" you do not own, lease, hire or borrow which is used in connection with your business.  However, if you are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

\*        \*        \*

### NON-OWNED AUTO LIABILITY –
### AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

HIRED AUTO AND NON-OWNED AUTO LIABILITY

Paragraph A.2. is replaced with the following:

**2.  NON-OWNED AUTO LIABILITY**

The insurance provided under Section II – Liability of the "Businessowners Coverage Form", Paragraph A.1. Business Liability, applies to "bodily injury" or "property damage" arising out of the use of:

**a.**      any "non-owned auto" in your business by any person other than you; or

**b.**      any "non-owned auto' by you or your employees for the purpose of picking up, delivering or road testing the "non-owned auto."

5

Paragraph C.3. is replaced with the following:

3.　　**"Non-Owned Auto"** means any "auto" you do not own, lease, hire or borrow which is used in connection with your business.  This includes "autos" owned by your employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business affairs.

\*　　　\*　　　\*

15.　　On June 17, 2012, MR. TRAYLOR provided a recorded statement to AMERICAN ECONOMY regarding the accident.

16.　　During his recorded statement, MR. TRAYLOR confirmed he and his wife personally owned the 2004 Ford Explorer involved in the accident.

17.　　During his recorded statement, MR. TRAYLOR also confirmed that he was not using his 2004 For Expedition for any purpose related to the business of TRAYLOR/WOLFE on the date of the accident.

18.　　The Policy's Hired Auto Liability coverage applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by the named insured or its employees in the course of the named insured's business.

19.　　The Policy's Non-Owned Auto Liability coverage applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" in the named insured's business by any person other than the named insured.

20.　　No coverage is available under the Policy's Hired Auto and Non-Owned Auto liability coverage form because MR. TRAYLOR was not using his vehicle for any business purpose at the time of the March 7, 2011 accident.

21.　　The 2004 Ford Explorer owned by MR. TRAYLOR does not qualify as a "hired auto" because it was not leased, hired or borrowed by TRAYLOR/ WOLFE.

6

22.     The 2004 Ford Explorer owned by MR. TRAYLOR does not qualify as a "non-owned auto" because it was not being used in connection with TRAYLOR/ WOLFE's business or business affairs at the time of the accident.

23.     Based upon the actual, undisputed facts, AMERICAN ECONOMY does not have any duty to indemnify TRAYLOR/WOLFE or MR. TRAYLOR.

24.     Because AMERICAN ECONOMY has no potential indemnity obligation under the Policy, AMERICAN ECONOMY is entitled to a declaration that it has no further duty to defend TRAYLOR/WOLFE or MR. TRAYLOR.

25.     There exists a bona fide actual present and practical need for the declaration of coverage available under the Policy and the rights and obligations of AMERICAN ECONOMY pursuant thereto.

26.     There exists a present ascertained or ascertainable state of facts or present controversy as to a state of facts concerning the rights and obligations of AMERICAN ECONOMY under the Policy.

27.     The rights of AMERICAN ECONOMY under the Policy are dependent upon the facts and the law applicable to the facts affecting coverage under the Policy.

28.     Plaintiff and Defendants have an actual, present, adverse and antagonistic interest in the subject matter described herein.

29.     All proper and present antagonistic or adverse interests are before the Court by proper process.

30.     All conditions precedent to the initiation and maintenance of this action have been complied with, have occurred or have been waived.

WHEREFORE the plaintiff AMERICAN ECONOMY respectfully requests that this Court:

a)     determine and adjudicate the rights and liabilities of the parties hereto with respect to the Policy;

b)     find and declare that the Policy does not cover any portion of the claims stated in the Whelan Complaint;

c)     find and declare that AMERICAN ECONOMY has no duty to defend or indemnify TRAYLOR/WOLFE or MR. TRAYLOR in the Whelan suit; and

d)     grant such other and further relief as it deems proper under the circumstances.

Respectfully submitted,

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

FAY E. RYAN, ESQ.
Florida Bar No.: 0965944
KIMBERLY N. GORAK, ESQ.
Florida Bar No.: 0044033
One Harbour Place, Suite 500
777 S. Harbour Island Boulevard
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for Plaintiff

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

PATRICK WHELAN,

      *Plaintiff,*

vs.

RICKY LANE TRAYLOR, an individual; and
TRAYLOR/WOLFE ARCHITECTS, INC.,
a Florida corporation

      *Defendants.*

_____/

2012·CA·8373

CV·A

## COMPLAINT

Plaintiff PATRICK WHELAN sues Defendants RICKY LANE TRAYLOR, an

individual, and TRAYLOR/WOLFE ARCHITECTS, INC., a Florida corporation, and alleges as

follows:

1.     This is an action for damages in excess of Fifteen-Thousand Dollars ($15,000.00),

exclusive of interest and costs.

2.     Plaintiff is, and at all times material was, a resident of St. Augustine, St. Johns

County, Florida.

3.     Defendant Ricky L. Traylor is, and at all times material was, a resident of

Jacksonville, Duval County, Florida.

4.     Defendant Traylor/Wolfe Architects, Inc. ("Traylor/Wolfe") is a Florida

Corporation with its principal place of business in Jacksonville, Duval County, Florida.



EXHIBIT
A

5.     At all times material, Defendant Ricky L. Traylor was the lawful and title owner of a 2004 Ford Expedition bearing VIN number 1FMRU17W54LA23852 and Florida license tag M481LM ("Vehicle").

6.     At all times material, Defendant Ricky L. Traylor was an officer, agent, apparent agent and/or employee of Defendant Traylor/Wolfe.

7.     On March 7, 2011, Defendant Ricky L. Traylor was driving the Vehicle southbound on State Road 5 and was attempting to turn left onto Palencia Village Drive in St. Augustine, St. Johns County, Florida.

8.     At the same time, Plaintiff was operating his motorcycle northbound on State Road 5 and was attempting to travel straight through the intersection of State Road 5 and Palencia Village Drive/International Golf Parkway in St. Augustine, St. Johns County, Florida ("Subject Intersection").

9.     As Plaintiff approached the Subject Intersection, Plaintiff had a green light.

10.     As Plaintiff approached the Subject Intersection, Plaintiff had the right-of-way to travel through the Subject Intersection.

11.     As Plaintiff approached the Subject Intersection, Defendant Ricky L. Traylor suddenly and without warning turned left into Plaintiff's right-of-way.

12.     Defendant Ricky L. Traylor turning left into the right-of-way of Plaintiff caused the front of Plaintiff's motorcycle to strike the passenger side of Defendant Ricky L. Traylor's Vehicle.

13.     As a result of the crash, Plaintiff sustained injuries.

## COUNT I – NEGLIGENCE OF DEFENDANT RICKY L. TRAYLOR

14.   Plaintiff realleges the allegations set forth in paragraphs one (1) through thirteen (13) above.

15.   At all times material, Defendant Ricky L. Traylor owed occupants of all vehicles on the road, including Plaintiff, a duty of reasonable care to:

    a.   maintain control over the Vehicle;

    b.   follow all traffic signals;

    c.   yield to oncoming traffic which has the right of way;

    d.   maintain a safe lookout; and

    e.   comply with Florida Traffic Statutes governing safe vehicle operation.

16.   At the above mentioned time and place, Defendant Ricky L. Traylor breached his duty of reasonable care by negligently operating or maintaining the Vehicle so that it violated the right-of-way of Plaintiff's motorcycle and caused the aforementioned crash.

17.   As a result of the crash, Plaintiff sustained injuries.

18.   As a direct and proximate result of the negligence of Defendant Ricky L. Traylor, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff demands judgment for damages and costs of this action against Defendant Ricky L. Traylor and further demands a trial by Jury on all issues.

3

## COUNT II - VICARIOUS LIABILITY/RESPONDEAT SUPERIOR OF
## TRAYLOR/WOLFE ARCHITECTS, INC.

19.     Plaintiff realleges the allegations set forth in paragraphs one (1) through eighteen (18) above.

20.     At the time of the crash, Defendant Ricky L. Traylor was within the course and scope of his employment with Defendant Traylor/Wolfe.

21.     At the time of the crash, the Vehicle was used in connection with Defendant Traylor/Wolfe's business.

22.     At the time of the crash, Defendant Ricky L. Traylor was engaged in the furtherance of Defendant Traylor/Wolfe's business.

23.     At the time of the crash, Defendant Ricky L. Traylor was engaged in accomplishing a task for Defendant Traylor/Wolfe's business affairs.

24.     Under the doctrine of vicarious liability/respondeat superior, Defendant Traylor/Wolfe is responsible for Plaintiff's damages which were proximately caused by Defendant Ricky L. Traylor.

25.     As a direct and proximate result of the negligence of Defendant Ricky L. Traylor, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff demands judgment for damages and costs of this action against Defendant Traylor/Wolfe Architects, Inc. and further demands a trial by Jury on all issues.

4

SPOHRER & DODD, P.L.

Jay M. Howanitz, Esq.
Florida Bar No.: 0020967
Steven R. Browning, Esq.
Florida Bar No.: 0599638
701 West Adams Street, Suite 2
Jacksonville, Florida 32204
Telephone: (904) 309-6500
Facsimile:  (904) 309-6501
Email: jhowanitz@sdlitigation.com
Email: sbrowning@sdlitigation.com

*Attorneys for Plaintiff*

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:   TRAYLOR
                   WOLF ARCHITECTS INC

POLICY NUMBER:     02-BP-761449-3

POLICY DATES:      08-27-10 TO 08-27-11

Jami Kennedy being duly sworn on oath says she is an archivist of

American Economy Insurance Company  and that she has compared the attached

copies of the insurance policy number listed above and endorsements with the original

records of the policy of insurance and endorsements contained the company's files and that

the same is a true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.

Subscribed and sworn to before me

On June 26, 2012

Notary Public

Lisa A Cornelius
Notary Public, State of Indiana
Commision # 624065
My Commission Expires
February 7, 2019

**EXHIBIT**

B

6-2413 (2-91)  NORTHEAST

Thank you for placing your business with Montgomery Insurance.

25  (  -242).  CB  INSURED COPY

PREPARED 07-06-10

J P PERRY INSURANCE, INC
3342 KORI RD
JACKSONVILLE, FL 32257





TRAYLOR
WOLFE ARCHITECTS INC
8021 JOSHUA TREE LN
JACKSONVILLE, FL 32256

811

C 43 54 08 06

## NOTICE TO POLICYHOLDERS — POTENTIAL REDUCTION IN COVERAGE

### WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE
### AND/OR
### WINDSTORM OR HAIL EXCLUSION

Your policy includes one or both of the following endorsements, and may represent a change from the expiring policy:

WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES, BP 03 12 — if attached to your policy, Windstorm or Hail losses are subject to a percentage deductible for one or more locations. The deductible percentage(s) apply separately to each building, personal property in each building, and personal property in the open, if such property is covered on your policy. Examples of how the percentage deductibles apply are included in the deductible endorsement. Please review this endorsement and your policy declarations carefully to determine which location(s) are subject to the percentage wind/hail deductible and the applicable percentage(s).

WINDSTORM OR HAIL EXCLUSION, BP 81 64 — if attached to your policy, Windstorm or Hail are not covered causes of loss at one or more locations. Please review this endorsement and your policy declarations to determine which location(s), if any, are subject to this wind/hail exclusion.

No coverage is provided by this policyholder notice, nor can it be construed to replace any provisions of your policy. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

If you have any questions, your independent agent will be happy to assist you.



EP

AFP-META2-06-PRINT001-2450-0005-T

**SAFECO PROPERTY & CASUALTY INSURANCE COMPANIES**

Safeco Plaza
Seattle, WA 98185-0001

Phone: (206) 545-5000

### SAFECO BUSINESS INSURANCE

### Florida Commercial Property and Casualty Risk Management Programs

Florida statutes reflect the legislature's concern about the availability of risk management services to purchasers of commercial property and casualty insurance.

We want to inform you about the risk management services we offer to our commercial property and casualty insureds. Although the responsibility for implementing risk management plans rests with you, the policyholder, we are able to assist you in this endeavor.

We provide our services based on the nature of your business, your business's size, hazards, or previous loss experience. We will also provide services to you when you request them. There is no charge for these services. The services we offer as part of our risk management program are described below.

1.  Survey of Premises — We can conduct a survey of your premises to identify hazards, and existing physical and management controls of those hazards, at your business. When uncontrolled hazards are noted, we will provide you with written recommendations for improvement. We can conduct surveys in a number of areas including:

    a.  Fire prevention and protection
    b.  Product liability loss control
    c.  Surveys for liability hazards resulting from the operations of your business or your premises
    d.  Automobile liability surveys for liability and physical damage
    e.  Technical surveys on a variety of specific hazards

2.  Risk Management Guidelines — we can provide you with criteria for evaluating risk in your own business operations, selecting control measures, and developing your own risk management plan.

3.  Risk Management Plans — we can work with you directly to develop a risk management plan, based on results of an on-site survey of your operations, to control hazards identified in your business. We can assist you in developing a specific program to help monitor your risk management plan's effectiveness in controlling hazards specific to your business.

4.  Training — we offer organized supervisory training programs for accident prevention and control, as well as fleet safety management, and fire prevention. We also offer a variety of driver improvement programs to customers who have passenger, van, or truck fleets.

5.  Management consultation on a wide variety of technical subjects.

6.  Management Support Materials — these materials include educational and promotional pamphlets on a variety of specific hazards with suggestions for hazard control. Also available are accident investigation forms, plant inspection checklists, safety meeting documentation forms, and a wide variety of warning signs and posters.

Our staff of technically trained risk control representatives is ready to assist you. Contact your insurance agent or the office listed below if you need assistance or have questions. You may also complete the response section of this form and mail to the address below.

William A. Rankin, CSP
Assistant Vice President
Safeco Risk Control Services

South Zone
PO Box 100027
Duluth, GA 30096-9427
Phone: (678) 417-3061
Attn: Art Roberson, CSP
Field Manager, Risk Control Services

On the Internet: http://www.safeco.com/riskservices/
SRS-284 3/07

EP

AEP-MFT62-06-PRINT001-3450-0007-T

☐    Yes, I would like to request risk control services.

Policy Number:    02-BP-761449-30

Company Name:    TRAYLOR
                      WOLFE ARCHITECTS INC

Street Address: _____

City, State, ZIP: _____

Contact Name: _____

Phone Number: _____

Services Requested/Comments:

_____

_____

_____

_____

_____

_____
                                        Signed

AFP-META2-06-PRINT001-2450-0008-T

C 46 59 04 06

Thank you for selecting

**J P PERRY INSURANCE, INC**

and Liberty Mutual.

We appreciate your business and thank you for selecting us to provide for your insurance needs. We look forward to helping you succeed in your business for years to come.

For all of your service needs, contact the Client Service Unit at:

**1-888-828-6411**

**The Client Service Unit is available:**

- **From 8 a.m. to 8 p.m. EST (Eastern Standard Time) for policy changes, billing inquiries or assistance, and issuing Certificates of Insurance.**

- **Twenty-four (24) hours a day for reporting new claims and service of existing claims.**

Liberty Mutual is a premier insurance carrier offering business products in Business Owner Policies (BOP), Property (fire) , Automobile, General Liability, Workers Compensation, and Umbrella. We also offer an Electronic Funds Transfer option (EFT) for easy premium payment. If you are not now taking advantage of our great product offerings or services, please call us for a consultation.

We recommend you visit our website Safeco.com for additional information on our programs and to take advantage of some insurance tools we've included there for your convenience. For example, a Business Income calculator — helps you estimate the income that you would lose, and extra expenses you would incur, should you be out of business for a period of time. Insurance to Value — this looks at helping to determine the appropriate amount your buildings should be insured for. Risk Services — provides you with tools and resources to help with loss prevention and help in getting injured workers returned to the workforce.

Your enclosed policy was created based on information from the application you completed. Since businesses change over time, please review this policy carefully and call us if you have questions, or would like to make changes.

The questions are designed to assist you in reviewing your business compared to your policy. If you answer **"yes"** to any of the following questions, you need to give us a call for consultation. If you do not contact us, this could lead to inappropriate or inadequate coverage in the case of a loss.



|  | Yes | No |
|---|---|---|
| 1. Do parties you do business with require certificates of insurance e.g. mortgagees, landlords, state contractors boards, lien holders? (Please see **Reminder** below) |  |  |
| 2. Have you started an operation in any other state or country? |  |  |
| 3. Have you or do you intend to purchase new properties or locations? |  |  |
| 4. Have there been any changes to your business e.g. introduction of new services or product? |  |  |
| 5. Have you installed a safe or burglar alarm, or replaced the roof, plumbing, heating system or electrical wiring? |  |  |
| 6. Have you or has a building owner had any change in tenants, upgrades to your premises or any renovations? |  |  |
| 7. Has your business grown in the last year? |  |  |
| 8. Have you made any capital expenditures or disposed of any capital assets? |  |  |
| 9. Have there been any changes in ownership control or legal structure? |  |  |
| 10. Have you acquired any new business? |  |  |

123

**Reminder:** While some interested parties such as mortgagees will receive evidence of coverage, Certificates of Insurance are not automatically renewed and issued with your policy. Please contact us with your Authorization if you need a Certificate of Insurance to be issued with this renewal policy.

6EP_MFTA2-06_PRINT001-2450-0011-T

| | Yes | No |
|---|---|---|
| 11. Have you entered into any new job/contracts that require certificates of insurance involving (e.g. hold-harmless agreements, clauses and specific insurance requirements)? | | |
| 12. Have you purchased any additional property e.g. tools, fine art or computer equipment? | | |
| 13. Have you or do you plan to take equipment off premises? | | |
| 14. Have you added or deleted any vehicles or drivers? | | |
| 15. Do you wish to review your account; do you have any general questions about your coverage? | | |

**Reminder:** While some interested parties such as mortgagees will receive evidence of coverage, Certificates of Insurance are not automatically renewed and issued with your policy. Please contact us with your Authorization if you need a Certificate of Insurance to be issued with this renewal policy.

AFP-META2-06-PRINT001-2450-0012-T

**AMERICAN ECONOMY INSURANCE COMPANY**
SEATTLE, WASHINGTON
**ULTRA SELECT POLICY**

PAGE 1

NAMED INSURED AND MAILING ADDRESS

**TRAYLOR**
**WOLFE ARCHITECTS INC**
**8021 JOSHUA TREE LN**
**JACKSONVILLE, FL 32256**

| RENEWAL DECLARATIONS |
|---|

**POLICY NUMBER** 02-BP-761449-3

RENEWAL OF   02-BP-761449-2   08-08

AGENT NAME AND ADDRESS

**J P PERRY INSURANCE, INC**
**3342 KORI RD**
**JACKSONVILLE, FL 32257**

09-36568          (888) 828-6411

POLICY PERIOD   FROM 08-27-10 TO 08-27-11 12:01 AM
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

FORM OF BUSINESS:   **CORPORATION**



THE TOTAL PREMIUM DUE FOR THE POLICY TERM IS      $516.50.
YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #854-3133-059-01.
YOU NEED NOT PAY ANY PREMIUM AT THIS TIME.  WE WILL SEND A BILLING
STATEMENT IN A SEPARATE MAILING.



IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE
WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS RENEWAL SERVES THE SAME PURPOSE AS WRITING A NEW POLICY WITH THE SAME PROVISIONS, CONDITIONS
AND INSURING AGREEMENTS. THE POLICY DECLARATIONS EXTENSION WHICH FOLLOWS, LISTS ALL OF THE FORMS
THAT APPLY TO YOUR RENEWAL AND THOSE, IF ANY, WHICH NO LONGER APPLY. ONLY NEW OR REVISED FORMS
ARE ATTACHED TO THIS RENEWAL. YOU MUST ADD THEM TO YOUR PRIOR POLICY.

**ADDL INSD-DESIGNATED PERSON**
**WINN- DIXIE STORES, INC**
PREMISES 001  **5050 EDGEWOOD CT**
**JACKSONVILLE, FL 32254**

COUNTERSIGNATURE

_____   BY   _____
(DATE)                              (AUTHORIZED REPRESENTATIVE)

9-BP(11-91)

|  | COMPANY USE ONLY |  |
|---|---|---|

NORTHEAST          25  (TEDBRO)  INSURED COPY          PREPARED 07-06-10

AFP-MFTA2-06-PRINT001-2450-0013-T

**POLICY DECLARATIONS EXTENSION**

NAMED INSURED:  **TRAYLOR**                    POLICY NUMBER:  **02-BP-761449-3**

| PREMISES 1 BUILDING 1 | 8021 JOSHUA TREE LN JACKSONVILLE, FL 32256 | CONSTRUCTION: OCCUPANCY: | FRAME OFFICE - ARCHITECTS |
|---|---|---|---|

| APPLICABLE TO THESE PREMISES | LIMITS OF INSURANCE |
|---|---|
| EXCEPT WHERE NOTED BELOW, A DEDUCTIBLE OF $  500 APPLIES | |
| FOR BUILDING OR BUSINESS PERSONAL PROPERTY, WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE IS  5% | |
| BUSINESS PERSONAL PROPERTY | $      5,000 |
| BUILDING CODE EFFECTIVENESS CREDIT:    3% | |
| BUSINESS INCOME (NOT EXCEEDING 12 CONSECUTIVE MONTHS) | ACTUAL LOSS SUSTAINED |
| DEDUCTIBLE: NONE | |
| DAMAGE TO PREMISES RENTED TO YOU | $  1,000,000 |
| DEDUCTIBLE: NONE | |
| EQUIPMENT BREAKDOWN | INCLUDED |
| OUTDOOR SIGNS (DEDUCTIBLE: $ 250) | $      7,500 |
| MONEY AND SECURITIES (DEDUCTIBLE: $ 250): | |
| INSIDE THE PREMISES | $     10,000 |
| OUTSIDE THE PREMISES | $      5,000 |
| ACCOUNTS RECEIVABLE | $     25,000 |
| COMMERCIAL FINE ARTS | $     10,000 |
| VALUABLE PAPERS AND RECORDS | $     25,000 |
| SEWER OR DRAIN BACK-UP | $      5,000 |

**POLICY DECLARATIONS EXTENSION**

NAMED INSURED: **TRAYLOR**　　　　　　　　POLICY NUMBER: **02-BP-761449-3**

| APPLICABLE TO ALL PREMISES YOU OWN, RENT OR OCCUPY | LIMITS OF INSURANCE |
|---|---|
| BUSINESS LIABILITY: | |
|   LIABILITY (INCLUDING PRODUCTS AND COMPLETED OPERATIONS) AND MEDICAL EXPENSES | $   1,000,000 |
|   MEDICAL EXPENSES (ANY ONE PERSON) | $      10,000 |
|   AGGREGATE LIMITS | $   2,000,000 |
| HIRED AUTO AND NON-OWNED AUTO LIABILITY | SEE BUSINESS LIABILITY |
| EMPLOYEE DISHONESTY (DEDUCTIBLE: NONE) | $      15,000 |
| FORGERY OR ALTERATION (DEDUCTIBLE NONE) | $      25,000 |
| EMPLOYMENT PRACTICES (DEDUCTIBLE: NONE): | |
|   EACH INCIDENT LIMIT | $       5,000 |
|   AGGREGATE LIMIT | $       5,000 |
|   RETROACTIVE DATE OF 08/27/08 | |

125X

| | | |
|---|---|---|
| PREMIUM FOR CERTIFIED ACTS OF TERRORISM | $ | 1.00 |
| FLORIDA SURCHARGE | $ | 0.50 |
| FLORIDA EMERGENCY FUND | $ | 4.00 |

**POLICY DECLARATIONS EXTENSION**

NAMED INSURED: **TRAYLOR**                    POLICY NUMBER: **02-BP-761449-3**

| | | |
|---|---|---|
| FHCF ASSESSMENT | $ | 5.00 |
| FLORIDA CITIZENS 2005 EMERGENCY ASSESSMENT | $ | 7.00 |
| TERM PREMIUM | $ | 499.00 |
| TOTAL TERM PREMIUM | $ | 516.50 |






**POLICY DECLARATIONS EXTENSION**

NAMED INSURED: **TRAYLOR**                    POLICY NUMBER: 02-BP-761449-3

THE FOLLOWING FORMS CURRENTLY APPLY TO THIS POLICY:

| | |
|---|---|
| BP0003(0702) BUSINESSOWNERS SPECIAL COVERAG | BP7076(0105) ULTRA PLUS |
| BP7080(0702) ORDINANCE OR LAW COVERAGE | BP0404(0702) HIRED AUTO AND NON-OWNED A |
| BP8094(0702) NON-OWNED AUTO LIAB. AMEND. EN | BP7057(0702) ADDT'L INSD-DESIG.PERSON OR OR |
| BP7059(0105) COMMERCIAL FINE ARTS COV FORM | BP0312(0702) WINDSTORM OR HAIL PERCENTAGE D |
| BP8136(0702) EQUIPMENT BREAKDOWN ENDORSEMEN | BP0523(0108) CAP ON LOSSES CERTIFIED ACTS O |
| C4063(1102) IMPORTANT NOTICE | IL7201(0392) COMPANY COMMON POL CONDITIONS |
| BP8068(0702) EXCLUSION -ASBESTOS | BP8029(0702) AMENDMENT-AGGREGATE LIMITS OF |
| BP0455(0702) BUSINESS LIABILITY COV-TENANTS | BP0576(1102) FUNGI OR BACTERIA EXCLUSION (P |
| BP0417(0702) EMPLOYMENT RELATED PRACT. EXCL | BP0303(1207) FL CHANGES |
| BP0311(1207) FL SINKHOLE LOSS COVERAGE | BP8128(0502) EMPLOYMENT PRACTICES LIABILITY |

**** REPRINTED FROM THE FORMS LIBRARY ****

| Various Logos | C-4063 11 02 |
| --- | --- |

# IMPORTANT   NOTICE

Your independent insurance agent is your best source of information on insurance and your specific insurance coverage. If you need further response to an inquiry, additional information on your coverage or assistance in resolving a complaint, you may call Liberty Mutual at this toll-free telephone number:

**1-800-231-6047**

**American States Insurance Company**
**American Economy Insurance Company**
**Safeco Insurance Company of America**
**General Insurance Company of America**
**First National Insurance Company of America**

 **Insurance**

**BUSINESSOWNERS**
**BP 80 68 07 02**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under Section II — Liability.

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of or resulting from the manufacturing, handling, selling, distribution, disposal, existence, use of or exposure to asbestos, asbestos dust, asbestos fibers or asbestos products.

We will not have the duty to defend any such claim or "suit."



Safeco ® and the Safeco logo are trademarks of Safeco Corporation
EP



# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In **Section II — Liability**, the word "insured" means any person or organization qualifying as such under Paragraph **C — Who Is An Insured**.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H. Property Definitions** in **Section I — Property** and Paragraph **F. Liability And Medical Expenses Definitions** in **Section II — Liability**.

## SECTION I — PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1. Covered Property

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2. Property Not Covered.**

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Your personal property in apartments, rooms or common areas furnished by you as landlord;

(5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(6) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

(1) Property you own that is used in your business;

(2) Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.6.d.(3)(b)**;

© ISO Properties, Inc., 2001

Safeco® and the Safeco logo are trademarks of Safeco Corporation
EP



(3) Tenant's improvements and better-ments. Improvements and better-ments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally re-move; and

(4) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2).**

(5) Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Build-ing property. The glass must be owned by you or in your care, cus-tody or control.

## 2. Property Not Covered

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as pro-vided in the:

    (1) Money and Securities Optional Coverage; or

    (2) Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the prop-erty is located), water, growing crops or lawns;

**e.** Outdoor fences, radio or television an-tennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

    (1) Outdoor Property Coverage Exten-sion; or

    (2) Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat.

**g.** Accounts, bills, food stamps, other evi-dences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy.

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, mo-tortruck or other vehicle subject to mo-tor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock".

## 3. Covered Causes Of Loss

Risks of direct physical loss unless the loss is:

**a.** Excluded in Paragraph **B.** Exclusions in Section **I;** or

**b.** Limited in Paragraph **4.** Limitations in Section **I.**

## 4. Limitations

**a.** We will not pay for loss of or damage to:

    (1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or re-sulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    (2) Hot water boilers or other water heating equipment caused by or re-sulting from any condition or event inside such boilers or equipment, other than an explosion.

    (3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the prop-erty. This limitation does not apply to the Optional Coverage for Money and Securities.

    (4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

    (5) The interior of any building or struc-ture caused by or resulting from rain, snow, sleet, ice, sand or dust,

whether driven by wind or not, unless:

   (a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   (b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

   (1) Glass that is part of the exterior or interior of a building or structure;

   (2) Containers of property held for sale; or

   (3) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   (1) $2,500 for furs, fur garments and garments trimmed with fur.

   (2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   (3) $2,500 for patterns, dies, molds and forms.

5. **Additional Coverages**

  a. **Debris Removal**

   (1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

   (a) Extract "pollutants" from land or water; or

   (b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

   (a) The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

   (b) Subject to Paragraph (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

   (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

   (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if Paragraphs (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property



that has sustained loss or damage, plus $10,000.

**(5) Examples**

**Example #1**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 50,000 |
| Amount of Loss Payable | $ | 49,500 |

($50,000 — $500)

| | | |
|---|---|---|
| Debris Removal Expense | $ | 10,000 |
| Debris Removal Expense Payable | $ | 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**Example #2**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 80,000 |
| Amount of Loss Payable | $ | 79,500 |

($80,000 — $500)

| | | |
|---|---|---|
| Debris Removal Expense | $ | 30,000 |
| Debris Removal Expense Payable | | |
| Basic Amount | $ | 10,500 |
| Additional Amount | $ | 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of

Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500: $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

**(1)** With respect to buildings:

**(a)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

**(b)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

(c) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

(d) A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(2) We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this policy, if the collapse is caused by one or more of the following:

(a) The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

(b) Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(c) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

(d) Weight of people or personal property;

(e) Weight of rain that collects on a roof;

(f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs (a) through (e), we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in Paragraphs (1)(a) through (1)(d) do not limit the coverage otherwise provided under this Additional Coverage for the causes of loss listed in Paragraphs (2)(a), (2)(d) and (2)(e).

(3) With respect to the following property:

(a) Awnings;

(b) Gutters and downspouts;

(c) Yard fixtures;

(d) Outdoor swimming pools;

(e) Piers, wharves and docks;

(f) Beach or diving platforms or appurtenances;

(g) Retaining walls; and

(h) Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in Paragraphs (2)(b) through (2)(f), we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

(4) If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

(a) The collapse was caused by a cause of loss listed in Paragraphs (2)(a) through (2)(f) of this Additional Coverage;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in Paragraph (3) above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph (4) does not apply to personal property if marring and/or scratching

is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(5) This Additional Coverage, Collapse, will not increase the Limits Of Insurance provided in this policy.

e. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1) Results in discharge of any substance from an automatic fire protection system; or

(2) Is directly caused by freezing.

f. **Business Income**

(1) **Business Income**

(a) We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(b) We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

(c) Business Income means the:

(i) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

(ii) Continuing normal operating expenses incurred, including payroll.

(d) Ordinary payroll expenses:

(i) Mean payroll expenses for all your employees except:

    I. Officers;

    II. Executives;

    III. Department Managers;

    iv. Employees under contract; and

v. Additional Exemptions shown in the Declarations as:
- Job Classifications; or
- Employees.

(II) Include:

I. Payroll;

II. Employee benefits, if directly related to payroll;

III. FICA payments you pay;

IV. Union dues you pay; and

V. Workers' compensation premiums.

**(2) Extended Business Income**

(a) If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(I) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(II) Ends on the earlier of:

I. The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

II. 30 consecutive days after the date determined in Paragraph (a)(I) above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

(b) Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(3) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; and

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(4) This Additional Coverage is not subject to the Limits of Insurance of **Section I — Property.**

**g. Extra Expense**

(1) We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used



to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

  **(a)** To avoid or minimize the suspension of business and to continue "operations":

    **(i)** At the described premises; or

    **(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

  **(b)** To minimize the suspension of business if you cannot continue "operations".

  **(c)** To:

    **(i)** Repair or replace any property; or

    **(ii)** Research, replace or restore the lost information on damaged "valuable papers and records"

    to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f. Business Income.**

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

  **(a)** The partial slowdown or complete cessation of your business activities; and

  **(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of **Section I — Property.**

**h. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**i. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

**(1)** 3 consecutive weeks after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of **Section I — Property.**

**j. Money Orders And Counterfeit Paper Currency**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(1) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

(2) "Counterfeit" paper currency that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k. Forgery Or Alteration**

(1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

**l. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs (3) through (9) of this Additional Coverage.

(3) The ordinance or law referred to in Paragraph (2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage, for each described building insured under **Section I — Property**, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or



damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in **Section I — Property** do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

    **(a)** Source of materials; or

    **(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(4)** Dependent property means property owned by others whom you depend on to:

    **(a)** Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

    **(b)** Accept your products or services;

    **(c)** Manufacture your products for delivery to your customers under contract for sale; or

    **(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(5)** The coverage period for Business Income under this Additional Coverage:

    **(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

    **(b)** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(6)** The Business Income coverage period, as stated in Paragraph **(5)**, does not include any increased period required due to the enforcement of any ordinance or law that:

    **(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way

respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

(7) The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

### n. Glass Expenses

(1) We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

(2) We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

### o. Fire Extinguisher Systems Recharge Expense

(1) We will pay:

(a) The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

(b) For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

(2) No coverage will apply if the fire extinguishing system is discharged during installation or testing.

(3) The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

### 6. Coverage Extensions

In addition to the Limits of Insurance of **Section I — Property**, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

### a. Newly Acquired Or Constructed Property

(1) **Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at premises other than the one described, intended for:

(I) Similar use as the building described in the Declarations; or

(II) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Business Personal Property**

(a) If this policy covers Business Personal Property, you may extend that insurance to apply to:

(I) Business Personal Property, including such property that you newly acquire, at any location you acquire.

(II) Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(III) Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or

performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each premises.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $5,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, but not more than $500 for any one tree, shrub or plant.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale;

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

**(4)** Paragraph **B. Exclusions** in **Section I — Property** does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense; and

**(f)** Paragraph **B.3.**

**f. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B. Exclusions** in **Section I — Property** does not apply

to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** Paragraph **B.5.** Accounts Receivable Exclusion.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**a. Ordinance Or Law**

**(1)** The enforcement of any ordinance or law:

**(a)** Regulating the construction, use or repair of any property; or

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;



(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. Power Failure

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic media and records".

f. War And Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. Water

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in Paragraphs (1) through (4), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

h. **Certain Computer-Related Losses**

(1) The failure, malfunction or inadequacy of:

(a) Any of the following, whether belonging to any insured or to others:

(I) "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

(Ii) "Computer" application software or other "electronic media and records" as may be described elsewhere in this policy;

(Iii) "Computer" operating systems and related software;

(Iv) "Computer" networks;

(v) Microprocessors ("computer" chips) not part of any "computer" system; or

(vi) Any other computerized or electronic equipment or components; or

(b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph (a) above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

(2) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement

or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph (1) above.

However, if excluded loss or damage, as described in Paragraph (1) above results in a "Specified Cause of Loss" under **Section I — Property**, we will pay only for the loss or damage caused by such "Specified Cause of Loss".

We will not pay for repair, replacement or modification of any items in Paragraphs (1)(a) or (1)(b) to correct any deficiencies or change any features.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Electrical Apparatus**

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical current if such loss or damage is caused by or results from:

(1) An occurrence that took place within 100 feet of the described premises; or

(2) Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

b. **Consequential Losses**

Delay, loss of use or loss of market.

c. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

d. **Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay

for loss or damage caused by or result-
ing from the explosion of gases or fuel
within the furnace of any fired vessel or
within the flues or passages through
which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten
material that leaks or flows from plumb-
ing, heating, air conditioning or other
equipment (except fire protective sys-
tems) caused by or resulting from
freezing, unless:

(1) You do your best to maintain heat in
the building or structure; or

(2) You drain the equipment and shut
off the supply if the heat is not
maintained.

**f. Dishonesty**

Dishonest or criminal acts by you, any-
one else with an interest in the property,
or any of your or their partners,
"members", officers, "managers", em-
ployees, directors, trustees, authorized
representatives or anyone to whom you
entrust the property for any purpose:

(1) Acting alone or in collusion with
others;

(2) Whether or not occurring during the
hours of employment.

This exclusion does not apply to acts of
destruction by your employees; but theft
by employees is not covered.

With respect to accounts receivable and
"valuable papers and records", this ex-
clusion does not apply to carriers for
hire.

This exclusion does not apply to cover-
age that is provided under the Employee
Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by
you or anyone else to whom you have
entrusted the property if induced to do
so by any fraudulent scheme, trick, de-
vice or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal
property in the open.

**i. Collapse**

Collapse, except as provided in the Ad-
ditional Coverage for Collapse. But if
collapse results in a Covered Cause of
Loss, we will pay for the loss or damage
caused by that Covered Cause of Loss.

**j. Pollution**

We will not pay for loss or damage
caused by or resulting from the dis-
charge, dispersal, seepage, migration,
release or escape of "pollutants" unless
the discharge, dispersal, seepage, mi-
gration, release or escape is itself
caused by any of the "specified causes
of loss". But if the discharge, dispersal,
seepage, migration, release or escape
of "pollutants" results in a "specified
cause of loss", we will pay for the loss
or damage caused by that "specified
cause of loss".

**k. Neglect**

Neglect of an insured to use all reason-
able means to save and preserve prop-
erty from further damage at and after
the time of loss.

**l. Other Types Of Loss**

(1) Wear and tear;

(2) Rust, corrosion, fungus, decay, de-
terioration, hidden or latent defect
or any quality in property that
causes it to damage or destroy it-
self;

(3) Smog;

(4) Settling, cracking, shrinking or ex-
pansion;

(5) Nesting or infestation, or discharge
or release of waste products or se-
cretions, by insects, birds, rodents
or other animals;

(6) Mechanical breakdown, including
rupture or bursting caused by cen-
trifugal force.

This exclusion does not apply with
respect to the breakdown of
"computer(s)";

(7) The following causes of loss to per-
sonal property:

(a) Dampness or dryness of at-
mosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic media and records" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic media and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic media and records", except as provided for under the Coverage Extensions of Section I — Property.

However, we will pay for direct loss or damage caused by lightning.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(2)** Any other consequential loss.

    **b.** With respect to this exclusion, suspension means:

      **(1)** The partial slowdown or complete cessation of your business activities; and

      **(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**5. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

    **a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

    This exclusion applies only to the extent of the wrongful giving, taking or withholding.

    **b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

    **c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

    **1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance of **Section I — Property** shown in the Declarations.

    **2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

    **3.** The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance of **Section I — Property.**

    **4. Building Limit — Automatic Increase**

      **a.** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

      **b.** The amount of increase will be:

        **(1)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

        **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

        **(3)** The number of days since the beginning of the current policy year of the effective date of the most recent policy change amending the Building limit, divided by 365.

        **Example:**

          If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

          The amount of increase is

          $100,000 x .08 x 146 ÷ 365 = $3,200.

**5. Business Personal Property Limit — Seasonal Increase**

    **a.** The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

    **b.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      **(1)** 12 months immediately preceding the date the loss or damage occurs; or

      **(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

    **1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of **Section I — Property.**

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage for Glass and under all of the following Optional Coverages in any one occurrence is the Optional Coverage/Glass Deductible shown in the Declarations:

   a. Money and Securities;

   b. Employee Dishonesty; and

   c. Outdoor Signs.

   But this Optional Coverage/Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

   a. Fire Department Service Charge;

   b. Business Income;

   c. Extra Expense;

   d. Civil Authority; and

   e. Fire Extinguisher Systems Recharge Expense.

## E. Property Loss Conditions

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## 3. Duties In The Event Of Loss Or Damage

   a. You must see that the following are done in the event of loss or damage to Covered Property:

   (1) Notify the police if a law may have been broken.

   (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

   (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

   (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of **Section I — Property.** However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

   (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   (8) Cooperate with us in the investigation or settlement of the claim.

   (9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 4. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

### 5. Electronic Media And Records Limitation

We will not pay for any loss of Business Income caused by direct physical loss of or damage to "electronic media and records" after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or

b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

#### Example #1

A Covered Cause of Loss damages a "computer" on June 1. It takes until September 1 to replace the "computer", and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 — September 1. Loss during the period September 2 — October 1 is not covered.

#### Example #2

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 — September 29 (60 consecutive days). Loss during the period September 30 — October 15 is not covered.

### 6. Loss Payment

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph d.(1)(e) below.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. Except as provided in Paragraphs (2) through (8) below, we will determine the value of Covered Property as follows:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

(i) The Limit of Insurance under **Section I — Property** that applies to the lost or damaged property;

(ii) The cost to replace, on the same premises, the lost or damaged property with other property:

I. Of comparable material and quality; and

ii. Used for the same purpose; or

(iii) The amount that you actually spend that is necessary

to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably

possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the "Actual Cash Value — Buildings" option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts;

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

   (a) Replacement cost if you make repairs promptly.

   (b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      (i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      (ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

      If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   (c) Nothing if others pay for repairs or replacement.

(6) Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement, including the cost of data entry, reprogramming, computer consultation services and the media on which the data or programs reside. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

(7) Applicable only to the Optional Coverages:

   (a) "Money" at its face value; and

   (b) "Securities" at their value at the close of business on the day the loss is discovered.

(8) Applicable only to Accounts Receivable:

   (a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

      (i) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

      (ii) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

   (b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

      (i) The amount of the accounts for which there is no loss or damage;

      (ii) The amount of the accounts that you are able to re-establish or collect;

      (iii) An amount to allow for probable bad debts that you are normally unable to collect; and

      (iv) All unearned interest and service charges.

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

   (1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

### 7. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of **Section I — Property.**

### 8. Resumption Of Operations

We will reduce the amount of your:

a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

### 9. Vacancy

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs (a) and (b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for *more than* 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in Paragraphs (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

## F. Property General Conditions

### 1. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### 2. Mortgageholders

a. The term "mortgageholder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. **No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4. **Policy Period, Coverage Territory**

Under **Section I — Property:**

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

(b) The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

G. **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Outdoor Signs**

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

b. Paragraph **A.3., Covered Causes Of Loss,** and Paragraph **B., Exclusions** in **Section I — Property,** do not apply to this Optional Coverage, except for:

(1) Paragraph **B.1.c.,** Governmental Action;

(2) Paragraph **B.1.d.,** Nuclear Hazard; and

(3) Paragraph **B.1.f.,** War And Military Action.

c. We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

d. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

### 2. Money And Securities

a. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

b. In addition to the Limitations and Exclusions applicable to **Section I — Property,** we will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

c. The most we will pay for loss in any one occurrence is:

(1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

(a) In or on the described premises; or

(b) Within a bank or savings institution; and

(2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

d. All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

### 3. Employee Dishonesty

a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph a.), "managers" or directors:

(a) Whether acting alone or in collusion with other persons; or

(b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.



d. All loss or damage:

   (1) Caused by one or more persons; or

   (2) Involving a single act or series of acts;

is considered one occurrence.

e. If any loss is covered:

   (1) Partly by this insurance; and

   (2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage is cancelled as to any employee immediately upon discovery by:

   (1) You; or

   (2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

h. If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

   (1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

   (2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

   (1) This Optional Coverage as of its effective date; or

   (2) The prior insurance had it remained in effect.

## 4. Mechanical Breakdown

a. We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

   (1) Owned by you or in your care, custody or control; and

   (2) At the described premises.

b. Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

c. None of the following is an Accident:

   (1) Depletion, deterioration, corrosion or erosion;

   (2) Wear and tear;

   (3) Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

   (4) Breakdown of any vacuum tube, gas tube or brush;

   (5) Breakdown of any "computer", including "computer(s)" used to operate production type machinery or equipment;

   (6) Breakdown of any structure or foundation supporting the Object or any of its parts;

   (7) The functioning of any safety or protective device; or

   (8) The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

**d.** Object means any of the following equipment:

**(1)** Boiler and Pressure Vessels:

**(a)** Steam heating boilers and condensate return tanks used with them;

**(b)** Hot water heating boilers and expansion tanks used with them;

**(c)** Hot water supply boilers;

**(d)** Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

**(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they:

**(i)** Are on your premises or between parts of your premises;

**(ii)** Contain steam or condensate of steam; and

**(iii)** Are not part of any other vessel or apparatus;

**(f)** Feed water piping between any steam boiler and a feed pump or injector.

**(2)** Air Conditioning Units — Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

**(a)** Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

**(b)** Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

**(c)** Vessels heated directly or indirectly that:

**(i)** Form part of an absorption type system; and

**(ii)** Function as a generator, regenerator or concentrator;

**(d)** Compressors, pumps, fans and blowers used solely with the

system together with their driving electric motors; and

**(e)** Control equipment used solely with the system.

**e.** Object does not mean:

**(1)** As Boiler and Pressure Vessels:

**(a)** Equipment that is not under internal vacuum or internal pressure other than weight of contents;

**(b)** Boiler settings;

**(c)** Insulating or refractory material; or

**(d)** Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

**(2)** As Air Conditioning Units, any:

**(a)** Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

**(b)** Wiring or piping leading to or from the unit.

**f.** We will not pay for an Accident to any Object while being tested.

**g. Suspension**

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

    b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

2. "Counterfeit" means an imitation of an actual valid original which is intended to deceive and to be taken as the original.

3. "Electronic media and records" means the following, if owned by you or licensed to you and used in your business:

    a. Media, meaning disks, tapes, film, drums, cells or other media which are used with electronically controlled equipment.

    b. Data, meaning information or facts stored on media described in Paragraph a. above. Data includes "valuable papers and records" converted to data.

    c. "Computer" program, meaning a set of related electronic instructions which direct the operations and functions of a "computer" or a device connected to it, which enable the "computer" or device to receive, process, restore, retrieve or send data.

    d. Software, including systems and applications software.

4. "Manager" means a person serving in a directorial capacity for a limited liability company.

5. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

6. "Money" means:

    a. Currency, coins and bank notes in current use and having a face value; and

    b. Travelers checks, register checks and money orders held for sale to the public.

7. "Operations" means your business activities occurring at the described premises.

8. "Period of restoration":

    a. Means the period of time that:

       (1) Begins:

          (a) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

          (b) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

         caused by or resulting from any Covered Cause of Loss at the described premises; and

       (2) Ends on the earlier of:

          (a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

          (b) The date when business is resumed at a new permanent location.

    b. Does not include any increased period required due to the enforcement of any ordinance or law that:

       (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

       (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

       The expiration date of this policy will not cut short the "period of restoration".

9. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

10. Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

11. "Specified Causes of Loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

12. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

13. "Valuable papers and records" means:

a. Inscribed, printed or written:

(1) Documents;

(2) Manuscripts; and

(3) Records;

including abstracts, books, deeds, drawings, films, maps or mortgages; and

b. "Electronic media and records".

But "valuable papers and records" does not mean "money" or "securities".

## SECTION II — LIABILITY

### A. Coverages

#### 1. Business Liability

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury", to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Paragraph **D** — Liability And Medical Expenses Limits Of Insurance in **Section II — Liability**; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension — Supplementary Payments.

b. This insurance applies:

(1) To "bodily injury" and "property damage" only if:

(a) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(b) The "bodily injury" or "property damage" occurs during the policy period; and

(c) Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew

that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

(2) To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

f. **Coverage Extension — Supplementary Payments**

(1) In addition to the Limit of Insurance of **Section II — Liability** we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

(a) All expenses we incur.

(b) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(c) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(d) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

(e) All costs taxed against the insured in the "suit".

(f) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(g) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

(2) If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

    (a) The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    (b) This insurance applies to such liability assumed by the insured;

    (c) The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

    (d) The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee:

    (e) The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

    (f) The indemnitee:

        (I) Agrees in writing to:

            i. Cooperate with us in the investigation, settlement or defense of the "suit";

            ii. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

            iii. Notify any other insurer whose coverage is available to the indemnitee; and

            iv. Cooperate with us with respect to coordinating

            other applicable insurance available to the indemnitee; and

        (II) Provides us with written authorization to:

            i. Obtain records and other information related to the "suit"; and

            ii. Conduct and control the defense of the indemnitee in such "suit".

(3) So long as the conditions in Paragraph **2.** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in **Section II — Liability,** such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    (a) We have used up the applicable limit of insurance in the payment of judgments or settlements; or

    (b) The conditions set forth above, or the terms of the agreement described in Paragraph **2.f.** above are no longer met.

**2. Medical Expenses**

    a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

        (1) On premises you own or rent;

        (2) On ways next to premises you own or rent; or

        (3) Because of your operations;

provided that:

    (a) The accident takes place in the "coverage territory" and during the policy period;

    (b) The expenses are incurred and reported to us within one year of the date of the accident; and

    (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  **b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of **Section II — Liability**. We will pay reasonable expenses for:

    (1) First aid administered at the time of an accident;

    (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

    (3) Necessary ambulance, hospital, professional nursing and funeral services.

## B. Exclusions

  **1. Applicable To Business Liability Coverage**

  This insurance does not apply to:

    **a. Expected Or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

    **b. Contractual Liability**

    "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) That the insured would have in the absence of the contract or agreement; or

      (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

      (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

      (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

    **c. Liquor Liability**

    "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

    This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

    **d. Workers' Compensation And Similar Laws**

    Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

    **e. Employer's Liability**

    "Bodily injury" to:

      (1) An "employee" of the insured arising out of and in the course of:

      (a) Employment by the insured; or

      (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought

on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the ab-

sence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

(a) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(b) Air compressors, pumps and generators, including spraying, welding, building cleaning, geo-

physical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Professional Services**

"Bodily injury", "property damage", "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(5) Any health or therapeutic service treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses

and similar products or hearing aid devices;

(8) Body piercing services; and

(9) Services in the practice of pharmacy.

**k. Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire or explosion) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **D. Liability And Medical Expenses Limit Of Insurance in Section II — Liability.**

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products completed operations hazard".

l. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

m. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products—completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

n. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

o. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

p. **Personal And Advertising Injury**

"Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of a criminal act committed by or at the direction of any insured;

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(9) Committed by an insured whose business is:

(a) Advertising, broadcasting, publishing or telecasting;

(b) Designing or determining content of websites for others; or

(c) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under Paragraph F. Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

**(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(11)** With respect to any loss, cost or expense arising out of any:

    **(a)** Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**(12)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

**(13)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(14)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

Exclusions c., d., e., f., g., h., i., k., l., m., n. and o. in **Section II — Liability** do not apply to damage by fire or explosion to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate

Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in **Section II — Liability**.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

    **a.** To any insured, except "volunteer workers".

    **b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

    **c.** To a person injured on that part of premises you own or rent that the person normally occupies.

    **d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

    **e.** To a person injured while taking part in athletics.

    **f.** Included within the "products — completed operations hazard".

    **g.** Excluded under Business Liability Coverage.

    **h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage — Nuclear Energy Liability Exclusion**

This insurance does not apply:

    **a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

        **(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

(b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

(a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

(b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

d. As used in this exclusion:

(1) "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(2) "Hazardous properties" include radioactive, toxic or explosive properties;

(3) "Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for:

(i) Separating the isotopes of uranium or plutonium;

(ii) Processing or utilizing "spent fuel"; or

(iii) Handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property.

(7) "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(8) "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(9) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

(10) "Waste" means any waste material:

  (a) Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

  (b) Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs (a) and (b) of the definition of "nuclear facility".

## C. Who Is An Insured

1. If you are designated in the Declarations as:

  a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

  b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

  c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

  d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

  a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

  (1) "Bodily injury" or "personal and advertising injury":

    (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

    (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (a) above;

    (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (a) or (b); or

    (d) Arising out of his or her providing or failing to provide professional health care services.

  (2) "Property damage" to property:

    (a) Owned, occupied or used by,

    (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance of **Section II — Liability** shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire or explosion is the Damage To Premises Rented To You limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" or "property damage" that is included in the "products—completed operations hazard" is twice the Liability and Medical Expenses limit; and

**b.** All:

    **(1)** "Bodily injury" or "property damage" except damages because of "bodily injury" and "property damage" included in the "products—completed operations hazard";

    **(2)** Plus medical expenses;

    **(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

This Aggregate Limit does not apply to "property damage" to premises while rented to you or temporarily occupied by you with the permission of the owner, arising out of fire or explosion.

The Limits of Insurance of **Section II — Liability** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

   **1. Bankruptcy**

     Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

   **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

     **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

       **(1)** How, when and where the "occurrence" or offense took place;

       **(2)** The names and addresses of any injured persons and witnesses; and

       **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

     **b.** If a claim is made or "suit" is brought against any insured, you must:

       **(1)** Immediately record the specifics of the claim or "suit" and the date received;

       **(2)** Notify us as soon as practicable.

     You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

     **c.** You and any other involved insured must:

       **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

       **(2)** Authorize us to obtain records and other information;

       **(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

       **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

     **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

   **3. Financial Responsibility Laws**

     **a.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

     **b.** With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

   **4. Action Against Us**

     No person or organization has a right under this policy:

     **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

     **b.** To sue us on this policy unless all of its terms have been fully complied with.

     A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Separation Of Insureds**

Except with respect to the Limits of Insurance of **Section II — Liability,** and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

      **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

      provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

      **(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

      **(2)** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction

or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph (2) above and supervisory, inspection or engineering services.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of

your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, on which are permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraphs a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraphs a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products—completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

## SECTION III — COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I — PROPERTY AND SECTION II — LIABILITY)

### A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. Concealment, Misrepresentation Or Fraud

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe and healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or renewal commendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of **Section I — Property.**

2. Business Liability Coverage is excess over:

   a. Any other insurance that insures for direct physical loss or damage; or

   b. Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with Paragraph 2. above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy

will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

## J. Premium Audit

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## K. Transfer Of Rights Of Recovery Against Others To Us

1. Applicable to Businessowners Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after

loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your Covered Property.

b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

2. Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

## L. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Insurance

**BUSINESSOWNERS**
**BP 03 03 12 07**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I — Property** is amended as follows:

1. Paragraph **E.4.b. Legal Action Against Us** Property Loss Condition is replaced by the following:

    b. Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

2. Paragraph **E.5.g. Loss Payment** Property Loss Condition is replaced by the following:

    g. Provided you have complied with all the terms of this Policy, we will pay for covered loss or damage upon the earliest of the following:

    (1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

    (2) Within 30 days after we receive the sworn proof of loss and:

    (a) There is an entry of a final judgment; or

    (b) There is a filing of an appraisal award with us; or

    (3) Within 90 days of receiving notice of claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

    Paragraph (3) applies only to the following:

    (a) A claim under a policy covering residential property;

    (b) A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

    (c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

3. Sinkhole Collapse Coverage Removed

    Throughout the policy Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement exclusion. Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph A5. of this endorsement.

    Further, this Policy does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

4. If windstorm is a Covered Cause of Loss, and Covered Property is located in:

    a. Monroe County; or

    b. East of the west bank of the Intra-Coastal Waterway in

    (1) Broward County;

    (2) Dade County;

    (3) Indian River County;

    (4) Martin County;

    (5) Palm Beach County; or

    (6) St. Lucie County,

© ISO Properties, Inc., 2007

the following applies:

If loss or damage to Covered Property is caused by or results from Windstorm, the following exclusion applies:

**WINDSTORM EXTERIOR PAINT OR WATERPROOFING EXCLUSION**

We will not pay for loss or damage caused by windstorm to:

(1) Paint; or

(2) Waterproofing material;

applied to the exterior of Buildings unless the Building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

(1) The amount of the Windstorm or Hail Deductible; or

(2) The value of Covered Property.

5. The following is added to this Policy as a Covered Cause Of Loss and as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage — Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

(a) The abrupt collapse of the ground cover;

(b) A depression in the ground cover clearly visible to the naked eye;

(c) Structural damage to the building, including the foundation; and

(d) The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, structural damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement exclusion and the Collapse exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Policy), only one Limit of Insurance will apply to such loss or damage.

B. **Section III — Common Policy Conditions** is amended as follows:

1. Paragraph **A.2. Cancellation** is replaced by the following:

2. **Cancellation For Policies In Effect 90 Days Or Less**

a. If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with underwriting requirements established by the insurer.

b. We may not cancel:

(1) On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(2) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a

sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

    (a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

    (b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

    (3) Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

2. Paragraph **A. 5. Cancellation** is replaced by the following:

    5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

    If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

    The cancellation will be effective even if we have not made or offered a refund.

3. The following is added to Paragraph **A. Cancellation:**

    7. **Cancellation For Policies In Effect For More Than 90 Days**

a. If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

    (1) Nonpayment of premium;

    (2) The policy was obtained by a material misstatement;

    (3) There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

    (4) There has been a substantial change in the risk covered by the policy;

    (5) The cancellation is for all insureds under such policies for a given class of insureds;

    (6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

    (7) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, or on the basis of the risk associated with the occurrence of such a claim, if:

        (a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

        (b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

    (8) On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

    **(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium; or

    **(2)** 45 days before the effective date of cancellation if:

        **(a)** Cancellation is for one or more of the reasons stated in Paragraphs **a.(2)** through **a.(8)** above; and

        **(b)** This policy does not cover a residential structure or its contents; or

    **(3)** 100 days before the effective date of cancellation if:

        **(a)** Cancellation is for one or more of the reasons stated in Paragraphs **a.(2)** through **a.(8)** above; and

        **(b)** This policy covers a residential structure or its contents.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1.

**4.** The following Paragraphs are added:

**M. Nonrenewal**

    **1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

    **a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents; or

    **b.** 100 days prior to the expiration of the policy if this policy covers a residential structure or its contents, unless **c.** applies.

    **c.** If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy's coverage for sinkhole losses or catastrophic ground cover collapse pursuant to the 2007 changes in the Florida Insurance Laws concerning such coverage, then this subsection, **c.** does not apply. Therefore, in such a case, subsection **b.** applies.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

    **a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

    **b.** On the basis of filing of claims for partial loss caused by

sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

(1) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

(2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

(3) Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**N. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss — Residential Property**

1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

   a. Except as provided in Paragraph **N.1.b.**, we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we

elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

   b. We may cancel or nonrenew the policy prior to restoration of the structure or its contents, for any of the following reasons:

      (1) Nonpayment of premium;

      (2) Material misstatement or fraud related to the claim;

      (3) We determine that you have unreasonably caused a delay in the repair of the structure; or

      (4) We have paid the policy limits.

      If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

2. With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph **N.2.**, a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC, and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

 Insurance

BUSINESSOWNERS
BP 03 11 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA — SINKHOLE LOSS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following is added to this policy as a Covered Cause of Loss and as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage — Collapse.

**Sinkhole Loss,** meaning loss or damage to Covered Property when structural damage to the building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the building, only when such settlement or systematic weakening results from movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Coverage for Sinkhole Loss includes stabilization of the building (including land stabilization) and repair to the foundation provided such work is in accordance with the requirements of Florida Insurance Law and in accordance with the recommendation of a professional engineer and in consultation with you. The professional engineer must be selected or approved by us. However, until you enter into a contract for performance of building stabilization or foundation repair:

1. We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

2. Our payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss to such property.

After you have entered into a contract for performance of building stabilization or foundation repair, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred. If repair has begun and the aforementioned professional engineer determines that the repairs will exceed the applicable Limit of Insurance, we will pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

**B.** Sinkhole Loss does not include:

1. Sinking or collapse of land into man-made underground cavities; or

2. Earthquake.

**C.** With respect to coverage provided by this endorsement, the Earth Movement exclusion and the Collapse exclusion do not apply.

**D.** With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential properties, this program applies instead of any mediation or appraisal procedure set forth elsewhere in this policy.

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay the costs associated with the neutral evaluation, regardless of which party makes the request. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy; except that the time for filing suit is extended for a period of 60 days

© ISO Properties, Inc., 2007

following the conclusion of the neutral evaluation process or five years, whichever is later.

E. Coverage for Sinkhole Loss under this endorsement does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse (addressed elsewhere in this policy) and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.

 **Insurance**

**BUSINESSOWNERS**
**BP 03 12 07 02**

POLICY NUMBER:   02-BP-761449-3

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE*

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1%, 2% or 5%) |
|---|---|---|
| | | |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The following provisions apply to **Section I — Property:**

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of a Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

**WINDSTORM OR HAIL DEDUCTIBLE CLAUSE**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that

has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

1. Each building, if two or more buildings sustain loss or damage;

2. The building and to personal property in that building, if both sustain loss or damage;

3. Personal property at each building, if personal property at two or more buildings sustains loss or damage;

4. Personal property in the open.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Property is the highest percentage shown in the Schedule for any described premises.

Copyright, ISO Properties, Inc., 2001

**EXAMPLE — APPLICATION OF DEDUCTIBLE:**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property.

The Deductible is 2%.

**Building**

Step (1) : $80,000 x 2%  =  $1,600
Step (2) : $60,000 - $1,600  =  $58,400

**Business Personal Property**

Step (1) : $64,000 x 2%  =  $1,280
Step (2) : $40,000 - $1,280  =  $38,720

The most we will pay is $97,120 ($58,400 + $38,720). The portion of the total loss that is not covered due to the application of the Deductible is $2,880 ($1,600 + $1,280).

 Insurance

**BUSINESSOWNERS**
**BP 04 17 07 02**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions** in Section **II** — Liability:

This insurance does not apply to:

1. "Bodily injury" or "personal and advertising injury" to:

   a. A person arising out of any:

      (1) Refusal to employ that person;

      (2) Termination of that person's employment; or

      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(1)**, **(2)** or **(3)** above is directed.

2. This exclusion applies:

   a. Whether the insured may be liable as an employer or in any other capacity; and

   b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, ISO Properties, Inc., 2001

Safeco ® and the Safeco logo are trademarks of Safeco Corporation
EP

 **Insurance**

**BUSINESSOWNERS**
**BP 04 55 07 02**

POLICY NUMBER:   02-BP-761449-3

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BUSINESS LIABILITY COVERAGE —
## TENANTS LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE*

**Premises:**

**Tenants Liability Limit Of Insurance (Per Occurrence):**

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

With respect to the coverage provided under this endorsement, Section II — Liability is amended as follows:

A. The final paragraph of **B.1. Exclusions — Applicable To Business Liability Coverage** is deleted and replaced by the following:

With respect to the premises shown in the Schedule of this endorsement which are rented to you or temporarily occupied by you with the permission of the owner, Exclusions **c., d., e., g., h., k., l., m., n.** and **o.** do not apply to "property damage".

B. Paragraph **D.2. Liability And Medical Expenses Limits Of Insurance** is deleted and replaced by the following with respect to the premises shown in the Schedule of this endorsement:

The most we will pay under this endorsement for the sum of all damages because of all "property damage" to premises while rented to you or temporarily occupied by you with the permission of the owner is the Tenants Liability Limit of Insurance shown in the Schedule.

C. With respect to the premises shown in the Schedule of this endorsement, Paragraph D.3. is deleted.

D. With respect to the premises shown in the Schedule of this endorsement, Paragraph D.4.b. is replaced by the following:

4. **Aggregate Limits**

The most we will pay for:

b. All:

(1) "Bodily injury" or "property damage" except damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard";

(2) Plus medical expenses;

(3) Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses Limit.

Copyright, ISO Properties, Inc., 2001

Safeco® and the Safeco logo are trademarks of Safeco Corporation

BP 04 55 07 02

EP



 Insurance

BUSINESSOWNERS
BP 05 23 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The following provision is added to Businessowners Standard Property Coverage Form **BP 00 01,** Businessowners Special Property Coverage Form **BP 00 02** or **Section I — Property** of Businessowners Coverage Form **BP 00 03:**

**APPLICATION OF OTHER EXCLUSIONS**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2007

**Safeco Insurance**®

POLICY NUMBER:   02-BP-761449-3

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE*

| |
|---|
| **Revised Limit $** _____ |
| **Separate Premises Or Locations Option  YES ☐   NO ☐** |
| If YES, describe the separate premises or locations: |
| **Business Income/Extra Expense — Revised number of days** _____ |
| *Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations. |

The following provisions apply to Section I — Property:

**A. Fungi Or Bacteria Exclusions**

1. Paragraph **A.5.l.(5)** of the Increased Cost Of Construction Additional Coverage is replaced by the following:

   **(5)** Under this Additional Coverage, we will not pay for:

   **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

   **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants",

"fungi", wet or dry rot or bacteria.

2. The following exclusion is added to paragraph **B.1.Exclusions:**

   **(l) "Fungi", Wet Rot, Dry Rot And Bacteria**

   Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

   But if "fungi", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion does not apply:

   **(1)** When "fungi", wet or dry rot or bacteria result from fire or lightning; or

   **(2)** To the extent that coverage is provided in the Additional Coverage — Limited Coverage For "Fungi", Wet Or Dry Rot and Bacteria (contained in the Limited Fungi or Bacteria Coverage) if any, with respect to loss or damage by a cause of loss other than fire or lightning.

© ISO Properties, Inc., 2002

Safeco® and the Safeco logo are trademarks of Safeco Corporation
EP

3. Paragraph **B.2.l.(2)** of the **Exclusions** is replaced by the following:

   **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

## B. Limited Fungi Or Bacteria Coverage

1. The following **Additional Coverage** is added to Paragraph **A.5.**

   **l. Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria**

   **(1)** The coverage described in Paragraphs **B.1.l.(2)** and **B.1.l.(6)** only applies when the "fungi", wet or dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   **(2)** We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

   **(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

   **(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

   **(3)** Unless a higher limit is selected in Schedule, the coverage described under this Limited Coverage is limited to $15,000. If the Schedule indicates that the Separate Premises Or Locations Options applies, then the amount of coverage is made applicable to separate premises or locations as described in the Schedule. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than the total of $15,000 unless a higher limit is selected in the Schedule even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

   **(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

   **(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

   **(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

   **a.** If the loss which resulted in "fungi", wet or dry rot or

bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days unless another number of days is indicated in the Schedule. The days need not be consecutive.

b. If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet or dry rot or bacteria, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days unless another number of days is indicated in the Schedule. The days need not be consecutive.

C. Fungi Definition

1. The following definition is added to Paragraph H. Property Definitions:

   "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

 Insurance

BUSINESSOWNERS
BP 70 57 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED — DESIGNATED
# PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM — Section II — Liability

**SCHEDULE***

Name of Person or Organization:

**WHO IS AN INSURED** (Section C) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

* Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

Safeco ® and the Safeco logo are trademarks of Safeco Corporation

BP 70 57 07 02
EP

 Insurance

**BUSINESSOWNERS**
**BP 70 59 01 05**

# COMMERCIAL FINE ARTS
# COVERAGE FORM
# BUSINESSOWNERS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

All other terms and conditions applicable to Section I — Property apply, except as provided by this endorsement.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

**1. COVERED PROPERTY,** as used in this Coverage Form means:

"Fine Arts" comprised of "private collections" which are

**a.** Your property or

**b.** Property of others which is in your care or custody and for which you are legally liable.

## 2. PROPERTY NOT COVERED

Covered Property does not include:

**a.** Property on consignment or owned by you which is held for sale

**b.** Property on exhibition at fair grounds or on the premises of any national or international exposition.

**c.** Contraband; or

**d.** Property in the course of illegal transportation or trade.

## 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## 4. ADDITIONAL COVERAGE — COLLAPSE

We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

**a.** Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; water damage; all only as covered in this Coverage Form;

**b.** Hidden decay

**c.** Hidden insect or vermin damage;

**d.** Weight of people or personal property;

**e.** Weight of rain that collects on a roof;

**f.** Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**g.** Earth movement, including earthquake, volcanic eruption, landslide, mudflow, mine subsidence, earth sinking, rising or shifting.

**h.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water or their spray.

This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

## B. EXCLUSIONS

**1.** We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

### a. GOVERNMENTAL ACTION

Seizure or destruction of property by order of governing authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.



b. **NUCLEAR HAZARD**

    (1) Any weapon employing atomic fission or fusion; or

    (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

    (1) War, including undeclared or civil war;

    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

d. **WATER**

    (1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

    (2) Mudslide or mudflow;

    (3) Water that backs up from a sewer or drain; or

    (4) Water under the ground surface pressing on or flowing or seeping through:

        (a) Foundations, walls, floors or paved surfaces;

        (b) Basements, whether paved or not; or

        (c) Doors, windows or other openings.

    But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2. We will not pay for a "loss" caused by or resulting from any of the following:

    a. Delay, loss of use, loss of market or any other consequential loss.

    b. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

    c. Unauthorized instruction to transfer property to any person or to any place.

    d. Repairing, restoration or retouching process.

    e. Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles, unless caused by fire, lightning, aircraft, theft or attempted theft, weather conditions, earthquake, flood, explosion, malicious damage or collision, derailment or overturn of the transporting conveyance.

    f. Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment. But this exclusion does not apply to a carrier for hire.

    g. Your neglect to use all reasonable means to save and preserve the property at and after any "loss" or when the property is so endangered.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

    a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss".

    b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

    c. Faulty, inadequate or defective:

        (1) Planning, zoning, development, surveying, siting;

        (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        (3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

d. Collapse except as provided in the Additional Coverage-Collapse section of the Coverage section.

e. Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown, insects, vermin, rodents, corrosion, rust, dampness, cold or heat.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for any "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

### 1. COVERAGE TERRITORY

We cover property wherever located within:

a. The United States of America

b. Puerto Rico; and

c. Canada

### 2. VALUATION

a. The value of property individually listed and described in the declarations is the amount shown as Limit of Insurance for the individual item in the Declarations.

b. The value of property covered but not individually listed and described will be the least of the following amounts:

(1) The actual cash value of that property;

(2) The cost of reasonably restoring that property to its condition immediately before the "loss".

c. Pair, Sets or Parts

(1) Pair or Set. In case of "loss" to any part of a pair or set we may:

a. Repair or replace any part to restore the pair or set to its value before the "loss"; or

b. Pay the difference between the value of the pair or set before and after the "loss".

(2) Parts. In case of "loss" to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

### 3. LOSS PAYMENT

We will pay or make good any "loss" covered under this coverage part within 30 days after:

(1) We reach agreement with you;

(2) The entry of final judgment; or

(3) The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### 4. COINSURANCE

(1) All items that are covered but not individually listed and described must be insured for their total value as of the time of "loss" or you will incur a penalty.

(2) The penalty is that we will pay only the proportion of any "loss" to these items that the Limit of Insurance shown in the Declarations for them bears to their total as of the time of "loss".

(3) If the Fine Arts Limit of Insurance shown in the Declarations is less than or equal to $10,000, then (1) and (2) above are deleted.

### 5. ADDITIONAL ACQUIRED PROPERTY

If during the policy period you acquire additional property of a type already covered by this form, we will cover such property for up to 30 days. The most we will pay in a "loss" is the lesser of:

a. 25% of the total Limit of Insurance shown in the Declarations for that type of property or

b. $10,000.

You will report such property within 30 days from the date acquired and will pay any additional premium due. If you do not report such property, coverage will cease automatically 30 days after the date the property is acquired.

### 6. NOTICE TO POLICE

You agree that you will report promptly to the Police Department all thefts or acts of vandals.

### 7. PACKING AND UNPACKING

You agree that the covered property will be packed and unpacked by competent packers.

### F. DEFINITIONS

1. "Loss" means accidental loss or damage.

2. "Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, and other bona fide works of art (such as valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass and bric-a-brac) of rarity, historical value or artistic merit.

3. "Private collections" mean those owned by individuals, firms, corporations or associations (including hotels, universities, colleges or schools) that are not dealers, auctions rooms, museums, art galleries or art institutions.

All other provisions of this policy apply.

 **Insurance**

BUSINESSOWNERS
BP 70 76 01 05

# ULTRA-PLUS

This endorsement modifies insurance provided under the following:

### BUSINESSOWNERS COVERAGE FORM

All other terms and conditions applicable to SECTION I PROPERTY and SECTION II LIABILITY apply, except as provided by this endorsement.

SECTION I — PROPERTY is changed as follows:

| Description | Section | The most we will pay is |
|---|---|---|
| **Covered Property** is extended to include electronic communications equipment, including radio and television antennas, satellite dishes and their lead-in wiring, masts or towers. | A.1.a. | |
| **Covered Property** is extended: Property of Others that is in your care, custody or control is extended to include the cost of labor, materials or services furnished or arranged by you on personal property of others. This is without regard to your legal liability. | A.1.b.(2) | |
| Proximity Limitation is broadened: The 100 feet limitation is increased to 1,000 feet. | A.1.a.(6)(b), A.1.b., A.5.f.(1), A.5.g.(1), A.6. | |
| **Property Not Covered** is amended to read: Outdoor fences, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:<br>(1) Outdoor Property Coverage Extension; or<br>(2) Outdoor Signs Optional Coverage; | A.2.e. | |

**Additional Coverages**



| | | |
|---|---|---|
| **Debris Removal** is broadened: | A.5.a.(4) | $25,000 for each location in any one occurrence. |
| **Fire Department Service Charge** is broadened. | A.5.c. | Actual Loss Sustained |
| **Business Income** is broadened:<br>The 60-day limitation applicable to ordinary payroll is deleted. Also, APPLICABLE TO DENTIST OFFICES, the following paragraph is added:<br>We will also pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration", resulting from loss by a Covered Cause of Loss to water pipes, electric power transmission lines or telephone lines not located at the described premises. | A.5.f.(1) | |

| | | |
|---|---|---|
| **Forgery and Alteration** is broadened: | A.5.k. | $25,000 |
| **Coverage Extensions** | | |
| **Newly Acquired or Constructed Property is broadened:** | | |
| Buildings | A.6.a.(1) | $1,000,000 |
| Business Personal Property | A.6.a.(2) | $500,000 |
| Period of Coverage is broadened: Coverage will end: "30 days" is replaced with "180 days". | A.6.a.(3)(b) | |

**Personal Property Off Premises** is amended: You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property (including Salesperson's samples) other than "money" and "securities" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate (other than the private residence of the owner).   A.6.b.   $25,000

**Outdoor Property** is amended: Lawns are added as covered outdoor property. Radio and television antennas (including satellite dishes) are removed. The referenced causes of loss are replaced with "specified causes of loss".   A.6.c.   $10,000, but not more than $1,000 for any one tree, shrub or plant.

**Personal Effects** is broadened:   A.6.d.(2)   $10,000

**Exclusions**

**Water** is amended: Water that backs up or overflows from a sewer, drain or sump is deleted. The most we will pay as a result of water that backs up or overflows from a sewer, drain or sump is:   B.1.g.(3)   $5,000 at each described premises, or the amount shown for this cause of loss in the Declarations, whichever is greater.

**Building Limit — Automatic Increase** is amended:   C.4.
  a. We will adjust the Limit of Insurance for Buildings on each anniversary and/or the renewal of the policy. The amount of the adjustment will be the percent of increase or decrease as that which has occurred during the preceding policy year in the cost-of-construction factor, as reported in the publication of a recognized independent appraisal company.
  b. When a loss exceeds the Limit of Insurance applying under this policy, the amount we will pay will be increased to the lesser of:
    (1) Full replacement value at the time of loss; or
    (2) 105% of the Limit of Insurance.
  c. You agree to report to us any additions, improvements or enlargements of Covered Property which have been made since the effective date of this policy. If any of these changes are not reported to us upon completion, and the enlargements are equal to more than 5% of the Limit of Insurance, any loss occurring after that time shall be adjusted in accordance with the provisions of the policy without consideration of paragraph C.4.b. above.

**Business Personal Property Limit — Seasonal Increase** is broadened: The Limit of Insurance for Business Personal Property will automatically increase by 33% to provide for seasonal variations.   C.5.a.

**Deductibles** is amended to read: Regardless of the amount of the Deductible, the most we will deduct from any loss or damage for Glass and under all of the following Optional Coverages in any one occurrence is $250:

    a.  Money and Securities

    b.  Outdoor Signs

But this $250 Glass and Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the deductible in the Declarations.

D.2.

No deductible applies to the following Additional Coverages:

    a.  Arson Reward

    b.  Extra Expense

    c.  Employee Dishonesty

    d.  Fire Department Service Charge

    e.  Fire Extinguisher Recharge Expense

    f.  Civil Authority

    g.  Money Orders and Counterfeit Paper Currency

D.3.

**Loss Payment** is amended to read:

    (1) At replacement cost without deduction for depreciation, subject to the following:

        (a) We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

            (i) The Limit of Insurance under Section I Property that applies to the lost or damaged property;

            (ii) The cost to replace, on the same premises, the lost or damaged property with other property:

                i.  Of comparable material and quality; and

                ii.  Used for the same purpose; or

            (iii) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

        If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

        (b) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

        (c) We will not pay on a replacement cost basis for any loss or damage:

            (i) Until the lost or damaged property is actually repaired or replaced; and

E.6.d.(1)



154

      (ii)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

      However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraph d.(1)(a) above whether or not the actual repair or replacement is complete.

    (d)  The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

| | |
|---|---|
| **Employee Dishonesty** is broadened: The Employee Dishonesty discovery period is extended from one year to two years from the end of the Policy Period. | G.3.g. |

2.  The following items are deleted:

**Valuable Papers and Records**

| | |
|---|---|
| For valuable papers and records not at the described premises, the most we will pay is $5,000. | A.6.e.(3) |
| **PROPERTY LOSS CONDITIONS — Loss Payment** Property of others, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others. | E.6.d.(3)(b) |

3.  The following items are added:

| | | |
|---|---|---|
| **Brands and Labels —** | A.5.o. | $25,000 for these costs, subject to the Business Personal Property Limit of Insurance shown in the Declarations. |

A.  If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

    1.  Stamp salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

    2.  Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

B.  We will pay reasonable costs you incur to perform the activity described in A.1. or A.2. above.

| | | |
|---|---|---|
| **Consequential Damage to Pairs or Sets —** If pairs or sets of "stock" are damaged by a Covered Cause of Loss, we will pay any reduction in value of the undamaged parts of such damaged pairs or sets. | A.5.p. | the Limit of Insurance shown in the Declarations. |
| **Arson Reward —** We will pay an arson reward for information which leads to an arson conviction for loss or damage covered by this policy. This limit | A.6.g. | $5,000 |

applies per occurrence regardless of the number of
persons providing this information.

| | | |
|---|---|---|
| **Theft Damage to Buildings** (Coverage is broadened for Tenants) — Damage by burglars, meaning direct loss or damage to the described property by burglars. Damage by burglars does not include loss resulting from theft of the property. | A.6.h. | $25,000 |
| **Leased Trees and Plants** — You may extend the insurance provided by this policy to apply to trees and plants which are leased by you for your business purposes. The most we will pay for loss or damage under this Extension is: | A.6.i. | Actual Loss Sustained |
| **Business Personal Property Limit — Automatic Increase** We will adjust the Limit of Insurance for Business Personal Property on each anniversary and/or renewal of the policy. The amount of the adjustment will be based on inflation and the economic factors for the preceding year. | C.6. | |

SECTION II — LIABILITY is changed as follows:

The following items are amended:

| | |
|---|---|
| **Coverage Extension — Supplementary Payments** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work. | A.1.f.(1)(d) |

**2.  Applicable to Medical Expenses Coverage**
We will not pay expenses for "bodily injury";
   a.  To any insured, except volunteer workers
      who are not paid a fee, salary or other
      compensation;
                             B.2.a.
3. The following are added:

**Exclusions**

   (6) An aircraft you do not own, provided it is     B.1.g.(6)
       not operated by any insured.

**C.  WHO IS AN INSURED** — Each of the     C.2.e.
   following is also an insured:

   e.  Any person(s) who are volunteer worker(s)
      for you, but only while acting at the direction of,
      and within the scope of their duties for you.
      However, no volunteer(s) is an insured for:

      (1) "Bodily injury" or "personal and advertising
         injury" to you, to your partners or members
         (if you are a partnership or joint venture), to
         your members (if you are a limited liability
         company), or to a co-volunteer or your
         "employees" while that volunteer is in the
         course of performing his or her duties
         related to the conduct of your business;
      (2) "Property damage" to property:
         (a) Owned, occupied or used by,
         (b) Rented to, in the care, custody or
            control of, or over which physical control
            is being exercised for any purpose by
      you, any of your co-volunteers or your

155

> "employees", any partner or member
> (if you are a partnership or joint venture),
> or any member (if you are a limited liability
> company).

C. **WHO IS AN INSURED** — Coverage is added   C.4.
for Newly Acquired Organizations:

    4. Any organization you newly acquire or form,
other than a partnership, joint venture, or
limited liability company and over which you
maintain ownership or majority interest, will qualify
as a named insured if there is no other similar
insurance available to that organization. However:

      a. Coverage under this provision is afforded only
until the 120th day after you acquire or form the
organization or the end of the policy period,
whichever is earlier;

      b. **A. Coverages 1. Business Liability** does
not apply to:

        (1) "Bodily injury" or "property damage" that
occurred before you acquired or formed the
organization; and

        (2) "Personal and advertising injury"
arising out of an offense committed before
you acquired or formed the organization.

No person or organization is an insured with
respect to the conduct of any current or past
partnership, joint venture, or limited liability
company that is not shown as a Named
Insured in the Declarations.

All other provisions of this policy apply.